UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| EDWARD HARDY,<br><br>          Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>          Respondent. | )<br>)<br>)<br>)  Case: 1:16-cv-01668 (G Deck)<br>)  Assigned To : Unassigned<br>)  Assign. Date : 8/17/2016<br>)  Description: Habeas Corpus/2241<br>)<br>)<br>) |

## **MEMORANDUM OPINION**

This matter comes before the Court upon review of the petitioner's application for leave to proceed *in forma pauperis* and *pro se* Petition for a Writ of Habeas Corpus Under 28 U.S.C. § 2241. The application will be granted but the complaint will be dismissed.

The instant complaint is substantially similar to a motion filed in the petitioner's criminal case, *see United States v. Hardy*, No. 11cr27 (D.D.C. filed June 16, 2016), seeking reconsideration of his sentence. Therefore, the instant complaint will be dismissed as duplicative.

An Order is issued separately.

                                                   /s/                
                                        United States District Judge

DATE: 8/16/16